IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO TORRES, JR.,

    Plaintiff,

v.

A. LOPEZ, et al.,

    Defendants.

No. C 10-03044 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    The Court has construed Plaintiff's "Motion for [sic] to Continue and Set Aside Finding of Fact, and Conclusion of Law" (docket no. 35) as a request for an extension of time in which to file his opposition to Defendants' motion to dismiss. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' motion to dismiss no later than **January 16, 2012.**

    Defendants shall file a reply brief no later than **thirty (30) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 35.

    IT IS SO ORDERED.

DATED:   11/7/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Torres3044.grantEOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALFREDO TORRES JR.,

        Plaintiff,

v.

A. LOPEZ et al,

        Defendant.

Case Number: CV10-03044 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo Torres G-41302
California State Prison - San Quentin
San Quentin, CA 94974

Dated: November 9, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Torres3044.grantEOT.wpd     2