IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO TORRES, JR.,

          Plaintiff,

    v.

A. LOPEZ, et al.,

          Defendants.

_____/

No. C 10-03044 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

     The Court has construed Plaintiff's "Motion for [sic] to Continue and Set Aside Finding of Fact, and Conclusion of Law" (docket no. 35) as a request for an extension of time in which to file his opposition to Defendants' motion to dismiss.  Having read and considered Plaintiff's request, and good cause appearing,

     IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' motion to dismiss no later than **January 16, 2012.**

     Defendants shall file a reply brief no later than **thirty (30) days** after the date Plaintiff's opposition is filed.

     This Order terminates Docket no. 35.

     IT IS SO ORDERED.

DATED:  __11/7/11__

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

G:\PRO-SE\SBA\CR.10\Torres3044.grantEOT.wpd

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   ALFREDO TORRES JR.,
                                            Case Number: CV10-03044 SBA
5              Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6     v.

7   A. LOPEZ et al,

8              Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11
    That on November 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15  Alfredo Torres G-41302
    California State Prison - San Quentin
16  San Quentin, CA 94974

17

18  Dated: November 9, 2011
                                            Richard W. Wieking, Clerk
19                                          By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California